

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00065-CV

**IN THE INTEREST OF A.G.-V.**, M.G.-V., D.G.-V., and E.G.-V., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02802
Honorable Barbara Hanson Nellermoe, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant Mother or appellant Father because both of them are indigent.

SIGNED August 22, 2018.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Michael E. Mery is the presiding judge of the 37th Judicial District Court, Bexar County, Texas. The Honorable Barbara Hanson Nellermoe, retired, was sitting by assignment and signed the order of termination that is the subject of this appeal.